**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 13-7794**

─────────────

NATHANIEL L. GAITHER, a/k/a Nathaniel Gaither,

             Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA,

             Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.   Richard Mark Gergel, District Judge.  (5:13-cv-00108-RMG)

─────────────

Submitted:  March 25, 2014        Decided:  March 28, 2014

─────────────

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Nathaniel L. Gaither, Appellant Pro Se.  Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel L. Gaither seeks to appeal the district court's order denying his motions to recuse the magistrate judge, to transfer the case to a district court judge, and accepting the magistrate judge's ruling denying his motion to compel discovery. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Gaither seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED